**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-6757

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

NACOE RAY BROWN,

        Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:01-cr-00377-JFM-1)

Submitted: June 20, 2012                    Decided: July 3, 2012

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nacoe Ray Brown, Appellant Pro Se. Barbara Slaymaker Sale, Assistant United States Attorney, Mark Walter Crooks, Stephen Schenning, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nacoe Ray Brown appeals the district court's order denying his post-judgment motion requesting discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See United States v. Brown, No. 1:01-cr-00377-JFM-1 (D. Md. Apr. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED